# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0187. J. B. GILLIS, JR. v. THE STATE.**

In August 2023, J. B. Gillis, Jr., acting pro se, filed an application for discretionary appeal in this Court, seeking review of a trial court order revoking his probation. We dismissed that application, noting that Gillis had failed to include with his application materials a copy of the revocation order. *Gillis v. State*, Case No. A24D0058 (September 21, 2023). Instead, Gillis included only a copy of a warrant for his arrest on the alleged probation violations, dated January 24, 2023. Given the lack of a trial court order, we were unable to determine that Gillis's application was timely, and we therefore dismissed the filing for lack of jurisdiction.[1] See OCGA § 5-6-35 (d) (to be timely, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed); Court of Appeals Rule 31 (a). See also *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (compliance with the discretionary appeals procedure is jurisdictional); Court of Appeals Rule 31 (c) (an application for discretionary review must include a stamped "filed" copy of the order from which the appeal is sought).

On December 14, 2023, Gillis filed the current application, again seeking discretionary review of the order revoking his probation. The current application is essentially identical to Gillis's August application, and Gillis has again failed to include a copy of the trial court order at issue. Gillis's initial application, however, demonstrates that the revocation order issued no later than August 2023. Accordingly,

---

[1] In doing so, we observed that the application was untimely as to the January 2023 arrest warrant.

the current application, which was filed several months after entry of the order Gillis seeks to appeal, is untimely. The application, therefore, is hereby DISMISSED for lack of jurisdiction. See *Hair Restoration Specialists*, 360 Ga. App. at 903 (failure to comply with the discretionary application procedure requires dismissal of the appeal); Court of Appeals Rule 31 (c).



Court of Appeals of the State of Georgia
            C l e r k ' s        O f f i c e ,
Atlanta,___01/16/2024_____

            I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

            Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.